USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MORROW,

Plaintiff,

-v-

JOSH SATIN, *et al.*,

Defendants.

**ORDER**

25-CV-6723 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' motion to dismiss the second amended complaint, ECF No. 30 (the "Motion to Dismiss"). Pursuant to Rule II(B) of the undersigned's Individual Rules and Practices for Civil Cases (the "Rules"), a pre-motion conference is generally required where motions are returnable to the undersigned. Because Defendants did not comply with that rule, the Motion to Dismiss is **DENIED** on procedural grounds.

The undersigned will instead treat the Motion to Dismiss as a request for a pre-motion conference. Plaintiff shall file a letter not to exceed four single-spaced pages responding to Defendant's submission by **November 18, 2026**. The undersigned will hold a pre-motion conference via telephone on **December 1, 2026** at **10:00 a.m.** Defendants and the *pro se* Plaintiff should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 671 992 509#).

The Court is also in receipt of Defendants' motion, ECF No. 28 (the "Sealing Motion"), seeking to seal a state court decision. Defendant is directed to review and

comply with Rule II(G) of the undersigned's Rules pertaining to filing documents under seal. Defendant should file a supplement to its Sealing Motion in compliance with Rule II(G) by **November 13, 2026** stating whether the state court decision was publicly filed.

The Clerk of Court is respectfully directed to terminate the Motion to Dismiss at ECF No. 30 as **DENIED**.

**SO ORDERED.**

Dated: November 6, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge