USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MORROW,

Plaintiff,

-v-

JOSH SATIN, *et al.*,

Defendants.

**ORDER**

25-CV-6723 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter, ECF No. 36 (the "Letter"), which provides supplemental information pertaining to its letter motion seeking to file an exhibit under seal, ECF No. 28 (the "Sealing Motion"). In light of the additional information provided in the Letter, Defendants' sealing request is sufficiently tailored and otherwise consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Therefore, the Sealing Motion is **GRANTED**. However, because the undersigned denied Defendants' motion to dismiss for failure to comply with the undersigned's Individual Rules and Practices for Civil Cases, *see* ECF No. 35, Defendants need not file a public version of the declaration and exhibit referenced in the Sealing Motion.

The Clerk of Court is respectfully directed to terminate the Sealing Motion at ECF No. 28 as **GRANTED**.

**SO ORDERED.**

Dated: November 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge